IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-136-MEF |
| | ) | (WO) |
| EUGENE JONES, III, *et al.* | ) | |

# **O R D E R**

On November 20, 2009, the defendant Jones filed an Unopposed Motion to Continue Trial (Doc. #26). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

The motion states that the parties have negotiated in good faith since August 10, 2009 to resolve this case by way of a guilty plea. On November 17, 2009, the parties successfully concluded plea negotiations and have now reached a proposed binding agreement. The terms of the plea agreement include a cooperation agreement. It is not possible for the government

agents to debrief the defendant and for him to file his notice of intent to change his plea by the current deadline. Counsel for the government and co-defendant do not oppose the request for a continuance. Consequently, the Court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion to continue filed on November 20, 2009 is GRANTED.

2. That the trial of this case is continued from the December 7, 2009 trial term to the February 8, 2010 trial term in Montgomery, Alabama.

3. That the Magistrate Judge conduct a pretrial conference prior to the February 8, 2010 trial term.

DONE this the 25th day of November, 2009.

                                                /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE